JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 493 -- In re Compcourts, Inc. Contract Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 81/12/07 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- Compcourts, Inc., Bryan P. Reynolds, Mary Lynne Reynolds and Annabelle Reynolds<br>SUGGESTED TRANSFEREE COURT: Northern District of Illinois<br>SUGGESTED TRANSFEREE JUDGE:                    (cds) |
| 81/12/17 |  | APPEARANCES: T. GORDON LAMB, ESQ. for American Buildings Co.; JOHN W. CONNIFF, ESQ. for Compcourts, Inc., Bryan P. Reynolds, Mary Lynne Reynolds and Annabelle Reynolds; CHARLES A. GILMARTIN, ESQ. for Balboa Ins. Co.  (cds) |
| 81/12/21 | 2 | REQUEST FOR EXTENSION OF TIME -- Robbins, Inc. -- GRANTED TO ROBBINS TO AND INCLUDING ~~DECEMBER 2P~~ January 15, 1981  (cds) |
| 81/12/23 | 3 | RESPONSE/MEMORANDUM -- pltf. American Buildings Co. w/cert. of svc.       (ds) |
| 82/01/15 | 4 | RESPONSE, MEMORANDUM -- Robbins, Inc. -- w/cert. of service     (cds) |
| 82/01/22 |  | HEARING ORDER: Setting Motion to transfer actions to the N.D. Illinois, for Panel Hearing on February 25, 1982 in Washington, D.C.  (emh) |
| 82/01/27 | 5 | REQUEST TO FILE LATE REPLY pp Movants Compcourts, Inc., et al.  EXTENSION AUTOMATIC to and including 1/21/82       (ds) |
| 82/02/08 | 6 | REPLY -- Compcourts, Inc., Bryan P. Reynolds, Mary Lynne Reynolds & Annabelle Reynolds -- w/Exhibit A thru C and cert. of svc.  (emh) |
| 82/02/23 |  | HEARING APPEARANCES -- JOHN W. CONNIFF, ESQ. for Compcourts, Inc.; Bryan Reynolds; Mary Lynne Reynolds and Annabelle Reynolds; T. GORDON LAMB, ESQ. for American Buildings Co.; JOHN N. FENRICH, JR., ESQ. for Robbins, Inc.       (ds) |
| 82/03/05 |  | ORDER DENYING TRANSFER pursuant to 28 U.S.C. §1407. Notified involved counsel, clerks, judges & & recipients.  (eaf) |

JPML Form 1

Revised: 8/78

DOCKET NO. 493 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Compcourts, Inc. Contract Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 2/25/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/5/82 | MO (denial) | | | | |

Special Transferee Information

DATE CLOSED: 3/5/82

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 493 -- In re Compcourts, Inc. Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | United States for the use and benefit of American Buildings Company v. Compcourts, Inc., et al. | N.D.Fla. Higby | MCA 81-0247 | | | | |
| A-2 | United States of America ex rel., American Buildings Co. v. Compcourts, Inc., et al. | W.D.La. Scott | 811626 | | | | |
| A-3 | United States of America ex rel., American Buildings Co. v. Annabelle F. Reynolds, et al. | M.D.Ga. Owens | 81-52-VAL | | | | |
| A-4 | United States of America for the use and benefit of Robins, Inc. v. Compcourts, Inc., et al. | M.D.Ga. Owens | 81-66-VAL | | | | |
| A-5 | Balboa Insurance Co. v. Compcourts, Inc., et al. | N.D.Ill. Marshall | 81 C 5002 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 493 -- In re Compcourts, Inc. Contract Litigation

| | |
|---|---|
| AMERICAN BUILDING COMPANY<br>(A-1 through A-3)<br>T. Gordon Lamb, Esq.<br>Lamb & Olson<br>519 E. Paces Ferry Road<br>Atlanta, Georgia   30305<br><br>BALBOA INSURANCE COMPANY (A-5)<br>  (Deft. in A-1 and A-2)<br>Charles A. Gilmartin, Esq.<br>Gilmartin, Hallenbeck & Schroeder, Ltd.<br>175 West Jackson Boulevard<br>Chicago, Illinois   60604<br><br>ROBBINS, INC. (A-4)<br>Marvin P. Sadur, Esq.<br>Sadur and Pelland<br>2000 L Street, N.W., Suite 612<br>Washington, D. C.   20036-4993 | COMPCOURTS, INC.<br>BRYAN P. REYNOLDS<br>MARY LYNNE REYNOLDS<br>ANNABELLE REYNOLDS<br>John W. Conniff<br>343 South Dearborn Street<br>21st Floor<br>Chicago, Illinois   60604 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 493 -- In re Compcourts, Inc. Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Compcourts, Inc. | A-1, 2, 3, 4, 5 |
| Balboa Insurance Co. | A-1, 2 |
| Bryan P. Reynolds | A-1, 2, 3, 4, 5 |
| Mary Lynne Reynolds | A-1, 2, 3, 5 |
| Annabelle F. Reynolds | A-3, 4 |