MAR -5 1982

DOCKET NO. 493

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE COMPCOURTS, INC., CONTRACT LITIGATION

ORDER DENYING TRANSFER*

The Panel ruled from the bench at the hearing on this matter that the three actions involved in this litigation do not share unusually complex questions of fact and that transfer of these actions to a single district pursuant to 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings would not necessarily serve the convenience of the parties and witnesses or promote the just and efficient conduct of the actions.[1/]

IT IS THEREFORE ORDERED that transfer pursuant to Section 1407 of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\*   Judges Roy W. Harper and Sam C. Pointer, Jr., took no part in the decision of this matter.

1/   See In re Scotch Whiskey, 299 F. Supp. 543, 544 (J.P.M.L. 1969).

## Schedule A

<u>MDL-493 -- In re Compcourts, Inc. Contract Litigation</u>

    <u>Northern District of Florida</u>
<u>United States for the use and benefit of American Buildings Company v. Compcourts, Inc., et al.</u>,
   C.A. No. MCA 81-0247
    <u>Western District of Louisiana</u>
<u>United States of America ex rel., American Buildings Co. v. Compcourts, Inc., et al.</u>, C.A. No. 811626
    <u>Middle District of Georgia</u>
<u>United States of America ex rel, American Buildings Co. v. Annabelle F. Reynolds, et al.</u>, C.A. No. 81-52-Val
<u>United States of America for the use and benefit of Robins, Inc., v. Compcourts, Inc., et al.</u>, C.A. No. 81-66-Val
    <u>Northern District of Illinois</u>
<u>Balboa Insurance Co. v. Compcourts, Inc., et al.</u>,
   C.A. No. 81C5002